IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DIANA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 2:15-cv-00182-WCO |
| CITY OF AUBURN, GEORGIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 25th day of May, 2016.

| | |
|---|---|
| s/ Janet E. Hill | s/ John D. Bennett |
| Janet E. Hill | Sharon P. Morgan |
| Georgia Bar No. 354230 | Georgia Bar No. 522955 |
| janet@hillworklaw.com | morgan@elarbeethompson.com |
| | John D. Bennett |
| HILL & ASSOCIATES, P.C. | Georgia Bar No. 059212 |
| 1160 S. Milledge Avenue | bennett@elarbeethompson.com |
| Suite 140 | |

Page 11

<table>
<tr><td>

(706) 353-7272 Telephone  
(706) 549-9446 Facsimile

ATTORNEYS FOR PLAINTIFF

</td><td>

ELARBEE, THOMPSON,  
SAPP & WILSON, LLP  
800 International Tower  
229 Peachtree Street, NE  
Atlanta, Georgia 30303  
(404) 659-6700 Telephone  
(404) 222-9718 Facsimile

ATTORNEYS FOR DEFENDANT

</td></tr>
</table>